UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Steven Lavalle, individually and on
behalf of all others similarly situated,

                           Plaintiff,

      -against-

General Mills Inc.,

                          Defendant.

Case No. 7:21-cv-03103-PMH

**Stipulation of Dismissal without Prejudice**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the plaintiff and attorneys for the defendant in the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action is dismissed without prejudice, and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: July _16_, 2021

| THE SULTZER LAW GROUP, P.C. | PERKINS COIE LLP |
|---|---|
| By: _____ | By: _____ |
| Jason P. Sultzer, Esq. | Adam Mandelsberg, Esq. |
| 85 Civic Center Plaza, Suite 200 | 1155 Avenue of the Americas, 22nd Floor |
| Poughkeepsie, NY 12601 | New York, NY 10036 |
| sultzerj@thesultzerlawgroup.com | amandelsberg@perkinscoie.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |