**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Steven Lavalle, individually and on
behalf of all others similarly situated,

                                         Plaintiff,

        -against-

General Mills Inc.,

                                         Defendant.

Case No. 7:21-cv-03103-PMH

**Stipulation of Dismissal without Prejudice**

        IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the plaintiff and

attorneys for the defendant in the above entitled action, that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee and no person not a party has

an interest in the subject matter of the action, that the above entitled action is dismissed without prejudice,

and without costs to any party as against the other. This stipulation may be filed without further notice with

the Clerk of the Court.

Dated: July __16__, 2021


THE SULTZER LAW GROUP, P.C.

By: _____
        Jason P. Sultzer, Esq.
        85 Civic Center Plaza, Suite 200
        Poughkeepsie, NY 12601
        sultzerj@thesultzerlawgroup.com

        *Attorneys for Plaintiff*

PERKINS COIE LLP

By: _____
        Adam Mandelsberg, Esq.
        1155 Avenue of the Americas, 22nd Floor
        New York, NY 10036
        amandelsberg@perkinscoie.com

        *Attorneys for Defendant*

The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        July 20, 2021